UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL MEDIA NETWORK; WILLIAM SCALES,<br><br>                            Plaintiffs,<br><br>      -against-<br><br>SIRIUS XM RADIO,<br><br>                            Defendant. | 25cv6157 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 2, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  October 7, 2025
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                               Chief United States District Judge